UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__LE THI BUI__
              Plaintiff

V.

__NANCY A. BERRYHILL__
              Defendant

CIVIL ACTION

NO. __1:17-11128-WGY__

## ORDER

__YOUNG, D. J.__

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and this Court's Memorandum and Order (docket entry 31) the Commissioner's decision is VACATED.

**IT IS HEREBY ORDERED** that this case be remanded to Social Security Administration for further administrative proceedings.

__9/28/2018__
Date

__/s/ William G. Young__
United States District Judge